IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ALLEN ALPHONZO ADAMS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CIVIL ACTION NO. 5:03-CV-128 (MTT) |
| HUGH SMITH, | ) |  |
| Defendant. | ) |  |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Reconsideration (Doc. 50) (the "Motion"). In his Motion, the Plaintiff does not make clear specifically which Order he wishes the Court to reconsider. However, the last action of the Court in the case was in late 2003. Fed. R. Civ. P. 60(c)(1) requires that a party file a motion to reconsider "within a reasonable time," and in certain situations limits a reasonable time to no more than one year after the entry of the Order the party wishes the court to reconsider. In this case, certainly more than one year has passed, and in any event, a motion filed over seven years after the last Court's last action is not filed within a reasonable time. Therefore, the Motion is **DENIED**.

**SO ORDERED**, this the 5th day of January, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch